# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2022 KW 0249

MARCH 23, 2022

---

In Re: Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

BEFORE: McDONALD, LANIER, AND WOLFE, JJ.

STAY REQUEST DENIED. WRIT DENIED ON THE SHOWING MADE.

WIL
EW

McDonald, J., concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT